STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3075 LEONA YOUMANS V DAVOL INC

Filing Date: 04-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: KUGEL PATCH
Status Date: 05-01-2008

| | |
|---|---|
| Plaintiff: LEONA YOUMANS<br>ID: @11006900 | Attorney: DAVID MOROWITZ |
| Plaintiff: ANGELA KELLER<br>ID: @11006902 | Attorney: DAVID MOROWITZ |
| Plaintiff: CHARLOTTE MONTEZINO<br>ID: @11006903 | Attorney: DAVID MOROWITZ |
| Plaintiff: CHRISTINA ROCHA LOPEZ<br>ID: @11006906 | Attorney: DAVID MOROWITZ |
| Plaintiff: ROBERT HILLS<br>ID: @11006910 | Attorney: DAVID MOROWITZ |
| Defendant: DAVOL INC<br>ID: @10987478 | |
| Defendant: C R BARD INC<br>ID: @10987479 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-23-2008 | COMPLAINT FILED | |
| 04-23-2008 | INITIAL FILING FEE | |
| 04-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP271928. |
| 05-01-2008 | NOTICE OF REMOVAL | Affiliated: DAVOL INC |
| 05-01-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 158 ML<br>Affiliated: DAVOL INC |
| 05-01-2008 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence. Rhode Island